## Commonwealth ex rel. Green, Appellant, *v.* Warden, United States Penitentiary.

Submitted September 14, 1964. *John W. Green*, appellant, in propria persona; *Abner A. Silver*, Assistant District Attorney, *Thomas M. Reed*, Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Grice, Appellant, *v.* Myers.

Submitted September 14, 1964. *Earl Grice*, appellant, in propria persona; *David L. Creskoff*, Assistant District Attorney, *Thomas M. Reed*, Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Jackson, Appellant, *v.* Russell.

Submitted September 14, 1964. *James F. Jackson*, appellant, in propria persona; *Richard A. Devlin*, Assistant District Attorney, and *Richard S. Lowe*, District Attorney, for appellee.

Order affirmed.